KNICKERBOCKER TRUST COMPANY, Respondent, *v.* THOMAS G. CONDON, Appellant.

*Knickerbocker Trust Co.* v. *Condon*, 147 App. Div. 871, affirmed.
(Argued October 8, 1914; decided October 23, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered

January 16, 1912, which affirmed a judgment in favor of plaintiff entered upon an order of Special Term granting a motion by plaintiff for judgment in its favor upon the pleadings in an action to recover upon an alleged contract of guaranty.

*Edward J. Shumway* for appellant.

*Hedley V. Cooke* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN and CARDOZO, JJ. Not sitting: MILLER, J.